# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 23-cr-202 (BAH)** |
| **v.** | : | |
| | : | |
| **KENNETH ADEMOLA OLUGBENGA,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Special Assistant United States Attorney Timothy J. Coley, at telephone number 202-705-8440, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Timothy J. Coley*
TIMOTHY J. COLEY
Special Assistant United States Attorney
DC Bar Number 997762
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: 202-705-8440
Email: timothy.coley@usdoj.gov